THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CUMMINGS, JOHN SHARPE, DOMINICK ACCOBACCO and CHARLES KLIGERMAN, Appellants.

Argued October 9, 1944; decided November 22, 1944.

*James Cummings,* appellant in person.
*Abraham J. Gellinoff* for John Sharpe, appellant.
*Dominick Accobacco,* appellant in person.
*Isidore Meyer* for Charles Kligerman, appellant.
*Frank Hogan, District Attorney (Ferdinand J. Wolf* and *Whitman Knapp* of counsel), for respondent.

*Per Curiam.* Upon the record before us we conclude that the trial court erred when it charged as a matter of law that the witnesses Kivowitz and Arnold were not accomplices of the defendants in the crime of concealing and withholding stolen property in New York County. That inquiry, we think, was one of fact for the jury. The judgments should be reversed and a new trial ordered.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

Judgments reversed, etc.